# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

**This Document Relates to:**

| | |
|---|---|
| *Rebecca Burgess v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10187-DRH-PMF |
| *Kayla Carrico v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10191-DRH-PMF |
| *Brittany Garcia v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-12291-DRH-PMF |
| *Erica Tillman v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-11794-DRH-PMF |
| *Michelle Bledsoe v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10332-DRH-PMF |
| *Lisa Kopishke v.* *Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-12196-DRH-PMF |
| *Jackie Norrod v. Bayer Corp., et al.* | No. 3:10-cv-11203-DRH-PMF |
| *Caroline Pena v. Bayer Corp., et al.* | No. 3:10-cv-12842-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing the above mentioned cases with prejudice entered on December 21,

2011, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                        **NANCY J. ROSENSTENGEL,**
                        **CLERK OF COURT**

                        **BY:**    **/s/*Sandy Pannier***
                                  **Deputy Clerk**

**DATED: December 21, 2011**

David R. Herndon
2011.12.21
14:48:52 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**